

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00327-CV

**IN RE C.D.S.**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: July 1, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT; TEMPORARY STAY LIFTED

On April 22, 2026, relator, C.D.S., filed his petition for writ of mandamus and motion for temporary stay. We granted the motion for temporary stay on May 15, 2026, staying all proceedings in the underlying matter. On June 3, 2026, we issued an order and opinion dismissing the petition and lifting the stay. We withdraw that order and opinion on rehearing.

Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992)

---

[1]This proceeding arises out of Cause No. J-2483, styled *In the Matter of C.D.S., a Child*, pending in the County Court, Atascosa County, Texas, the Honorable Bob Brendel presiding.

(orig. proceeding). Having considered the filings of the parties, this court concludes that C.D.S. has not shown that he is entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The temporary stay issued on May 15, 2026 is lifted.

PER CURIAM